**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William DEEL, Jr., Defendant-Appellant.**

No. 17-6285

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

William Deel, Jr., Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Abingdon, Virginia, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinoin.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Deel appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Deel*, Nos. 1:09-cr-00018-JPJ-PMS-1; 1:09-cr-00022-JPJ-PMS-1 (W.D. Va. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*